Affirmed and Memorandum Opinion filed June 18, 2009








Affirmed
and Memorandum Opinion filed June 18, 2009.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-08-00947-CR

____________

 

VON DELANO BEAUDION, Appellant

 

V.

 

THE STATE OF TEXAS, Appellee

 



 

On Appeal from the
184th District Court

Harris County,
Texas

Trial Court Cause
No. 1177681

 



 

M E M O R
A N D U M   O P I N I O N

This is
an accelerated appeal from an order, signed September 11, 2008, denying
appellant=s petition for writ of habeas corpus.  Appellant is represented by
appointed counsel, Leah M. Borg.  On April 2, 2009, this court ordered a
hearing to determine why appellant=s counsel had not filed a brief in
this appeal.  On April 24, 2009, the trial court conducted the hearing.  The
record of the hearing was filed in this court on May 5, 2009.

The
trial court found appellant no longer desires to prosecute his appeal.








On the
basis of this finding, the court has considered the appeal without briefs.  See
Tex. R. App. P. 38.8(b).

The case
is before us without a reporter=s record or bill of exception.

Accordingly,
the judgment of the trial court is affirmed.

PER
CURIAM

 

 

Panel consists of Justices Anderson,
Guzman, and Boyce.

Do not publish - Tex. R. App. P. 47.2(b).